ALSENS AMERICAN PORTLAND CEMENT WORKS, Respondent, *v.* NEW JERSEY DOCK AND BRIDGE BUILDING COMPANY, Appellant.

*Alsens American Portland Cement Works* v. *New Jersey Dock & Bridge Building Co.,* 165 App. Div. 986, affirmed.
(Argued October 15, 1917; decided October 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1914, affirming a judgment in favor of plaintiff, entered upon the report of a referee, in an action to recover the value of certain Portland cement alleged to have been sold and delivered. Defendant alleged that it was a contractor engaged in construction work and had a contract for a particular piece of work; that the material delivered was not of the kind or quality suitable for the work for which it was ordered; that concrete made of it would not harden within a reasonable time; that it was rejected, and that plaintiff was notified of this and requested to remove it from the premises, and to furnish a cement suitable for the work.

*Calvin D. Van Name* for appellant.

*Arthur A. Michell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.